UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **LEON D. ROGERS** | * | **CIVIL ACTION NO.   10-1662** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS** |
| **WAL-MART LOUISIANA, L.L.C.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint, be, and is hereby **DISMISSED, with prejudice**.  Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 30th day of October, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE